## WHITE v. CITY OF PAWHUSKA et al.

No. 16338—Opinion Filed Sept. 15, 1925.

(Syllabus.)

### Appeal and Error—Dismissal—Moot Question —Injunction.

Where injunctive relief only is sought, and the act sought to be enjoined has been performed, the question becomes moot, and the appeal will be dismissed.

Appeal from District Court, Osage County; Jesse J. Worten, Judge.

Suit by H. P. White against the City of Pawhuska and others, Commissioners of the City of Pawhuska, and another, for an injunction. From a judgment dissolving a restraining order and denying a temporary injunction, plaintiff appeals. Appeal dismissed.

H. P. White, for plaintiff in error.

Wilson, Murphey & Duncan, for defendants in error.

PER CURIAM. This action was brought to enjoin the city of Pawhuska from letting

a certain paving contract, and a temporary restraining order was granted. On a hearing for a temporary injunction, the restraining order was dissolved, and a temporary injunction denied, and plaintiff in error appealed. A supersedeas bond was denied, and plaintiff in error made application to this court for bond; it was also denied. After both the trial court and the Supreme Court had refused to supersede the judgment, defendant in error let the contract for the paving.

Since the enjoining of the letting of the contract was the only relief sought, and the contract having now been let, this appeal becomes moot, and is dismissed.